UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

    M. Terrence Clemens
    Christine M. Clemens                    Chapter 13
                                                    Case No. 13-43774
                         Debtors    /         Judge Phillip J. Shefferly

Brian D. Rodriguez (P57194)
GOLD, LANGE & MAJOROS, PC
24901 Northwestern Hwy., Suite 444
Southfield, MI 48075
(248) 350-8220
brodriguez@glmpc.com

## PROPOSED PLAN MODIFICATION

Debtor states as follows in support of this modification:

1.     The above captioned matter was filed on February 28, 2013.

2.     The Chapter 13 Plan was confirmed by Order dated November 5, 2013.

3.     Pursuant to the Order Confirming Plan the claim of Gold, Lange & Majoros, P.C. for the allowance of compensation and reimbursement of expenses is to be determined by application. Counsels First Application for Compensation for Services Rendered was filed with the court on December 12, 2013.

4.     On January 2, 2014, the Chapter 13 Trustee filed objections to the fee application. The Trustee objected on the basis that the granting of the fees in full would result in the plan running beyond it's 60 month term. The Trustee therefore opposed the allowance of attorney fees in excess of that which would allow the plan to run timely, absent a modification of the plan or the receipt of additional funds from the debtors.

5.     Debtor's counsel calculates that an increase in plan payments from $4,046.28 to $4,120.00 monthly will be sufficient to properly fund the plan with the allowance of counsels First Application for Compensation for Services Rendered.

6.     The allowance of this proposed plan modification will not have an adverse impact on any Class of creditors.

WHEREFORE, Pursuant to L.B.R. 3015-2(b), Debtor proposes the following plan modification:

    A. The Debtor's plan payments shall be increased from $4,046.28 to $4,120.00 monthly.

    B. In all other respects, the Order Confirming Plan, as last amended, shall remain in full force and effect.

/s/ Brian D. Rodriguez
Brian D. Rodriguez (P57194)
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# Eastern District of Michigan
# Southern Division

In re: M. Terrence Clemens  
      Christine M. Clemens

Chapter 13  
Case No: 13-43774  
Judge Phillip J. Shefferly

          Debtor(s) /

## NOTICE OF PROPOSED PLAN MODIFICATION

Debtor has filed papers with the court to MODIFY THE CHAPTER 13 PLAN.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to allow the PROPOSED PLAN MODIFICATION or if you want the court to consider your views on the PROPOSED PLAN MODIFICATION within twenty one(21) days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**  
211 West Fort Street  
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Krispen S. Carroll  
Chapter 13 Standing Trustee  
719 Griswold Street, Ste. 1100  
Detroit, MI 48226

Brian D. Rodriguez  
Gold, Lange & Majoros, PC  
24901 Northwestern Hwy., Suite 444  
Southfield, MI 48075

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: February 18, 2014

Signature: /s/ Brian D. Rodriguez  
BRIAN D. RODRIGUEZ (P57194)  
GOLD, LANGE & MAJOROS, P.C.  
24901 Northwestern Hwy., Suite 444  
Southfield, MI 48075  
(248) 350-8220  
brodriguez@glmpc.com

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)